## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSULTING ADVANTAGE INC., <br><br> Plaintiff, <br><br> v. <br><br> THE HARTFORD FIRE INSURANCE COMPANY and COMMERCIAL INLAND MARINE HARTFORD FIRE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 3:20-cv-00610-JAM |

### JOINT STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Consulting Advantage Inc. ("Plaintiff") and Defendant The Hartford Fire Insurance Company ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

1. The parties stipulate to dismiss, *without prejudice*, the entire action captioned *Consulting Advantage Inc. v. The Hartford Fire Insurance Company*, United States District Court for the District of Connecticut Case No. 3:20-cv-00610-JAM.

2. Should Plaintiff elect to file a new complaint based on the same facts and circumstances as its existing complaint in this matter, Defendant agrees not to seek to dismiss Plaintiff's new complaint on the basis of the Policy's suit limitation provision so long as Plaintiff's new complaint is filed by September 2, 2022.

3. In connection with this action and dismissal, each side shall bear its own costs.

4. In light of the stipulated dismissal, the parties request that the Court vacate all future hearing dates and deadlines.

Date:  January 22, 2021

| | |
|---|---|
| */s/ Daniel C. Levin* | */s/ John J Kavanagh* |
| Daniel C. Levin, Esq. | John J Kavanagh, Esq. |
| *Admitted Pro Hac Vice* | STEPTOE & JOHNSON LLP |
| LEVIN SEDRAN & BERMAN LLP | 1330 Connecticut Ave., N.W. |
| 510 Walnut Street, Suite 500 | Washington, DC 20036-1795 |
| Philadelphia, PA 19106-3697 | 202-429-3000 |
| Telephone: (215) 592-1500 | jkavanagh@steptoe.com |
| dlevin@lfsblaw.com | |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed electronically on January 22, 2021. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ Daniel C. Levin*